

500 Fifth Avenue, 40th Floor
New York, NY 10110
tel: 212-257-4880
fax: 212-202-6417

www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

August 19, 2015

<u>VIA CM/ECF and E-MAIL</u>

The Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Paul Coong Lay et al. (Jonathan Fierro)*, No. S2 13 Cr. 179 (ER)

Dear Judge Ramos:

      I am appointed CJA counsel to Jonathan Fierro in this case. On July 23, 2015, the Court granted our request for an adjournment of Mr. Fierro's sentencing hearing, which is now scheduled for September 10, 2015 at 11:00 a.m. We write to respectfully request that the Court direct the United States Marshals Service to arrange and pay for Mr. Fierro's travel by airplane to attend the hearing.

      Mr. Fierro currently resides in California with his girlfriend who pays the majority of his living expenses. He is employed on a freelance basis but has not worked in several weeks because he is unable to accept any long-term projects pending the outcome of his sentencing hearing. As such, he does not have sufficient funds to fly to New York. We therefore request that the Marshal furnish roundtrip airfare for Mr. Fierro from Los Angeles to New York, within an appropriate time frame to attend the hearing. If at all possible, he prefers a flight from Los Angeles to New York on September 9, 2015.

      Respectfully submitted,

      /s/ Alexandra A.E. Shapiro

      Alexandra A.E. Shapiro

cc:      AUSA Eun Young Choi (by email)